UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00058-MMD-VPC |
|---|---|
| Plaintiff, | |
| v. | |
| YOVANNI LOEZA-CHAVELAS, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00064-LRH-VPC |
| Plaintiff, | |
| v. | REASSIGNMENT ORDER |
| YOVANNI LOEZA-CHAVELAS, | |
| Defendant. | |

Before the court is the government's Notice of Related Cases (ECF No. 6 in the 3:17-cr-00064 case and ECF No. 6 in the 3:17-cr-00058 case).

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case.

1

1 | Good cause appearing, IT IS HEREBY ORDERED that Case No. 3:17-cr-00064-LRH-VPC is reassigned to District Judge Miranda M. Du and Magistrate Judge Valerie P. Cooke and all future pleadings must bear case number 3:17-cr-00064-MMD-VPC.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket to reflect this reassignment.

IT IS SO ORDERED.

DATED this 4th day of August, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 4th day of August, 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE